**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **GALAHAD SMITH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIV. ACT. NO. 1:25-cv-349-TFM-B** |
| | ) | |
| **TRUSTMARK NATIONAL BANK,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**MEMORANDUM OPINION AND ORDER**

On November 4, 2025, the Magistrate Judge entered a report and recommendation which recommends this action be transferred to the United States District Court for the Middle District of Alabama, Northern Division. *See* Doc. 11. No objections were filed and the time frame has passed.

Accordingly, after due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge is **ADOPTED** and this case is **TRANSFERRED** to the United States District Court for the Middle District of Alabama, Northern Division.

The Clerk of Court is **DIRECTED** to effectuate the transfer.

**DONE** and **ORDERED** this 9th day of December, 2025.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE